# UNITED STATES COURT OF APPEALS
### for the
## SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December, two thousand and fifteen,

_____

Estate of John P. O'Neill, Sr., on behalf of John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, John Patrick O'Neill, Jr., Christine Irene O'Neill, Police Officer Carol O'Neill, Dorothy A. O'Neill, on behalf of themselves and all others similarly situated, Federal Insurance Company, Pacific Indemnity Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Great Northern Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance Company of New York, Steadfast Insurance Company, Valiant Insurance Company, OneBeacon Insurance Company, OneBeacon America Insurance Company, American Employers' Insurance Company, The Camden Fire Insurance Association, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, United States Fire Insurance Company, American Alternative Insurance Corporation, Great Lakes Reinsurance (UK) PLC, The Princeton Excess & Surplus Lines Insurance Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corporate Member, Ltd., Allstate Insurance Company, Boston Old Colony Insurance Company, Continental Insurance Company, Commercial Insurance Company of Newark, N.J., CNA Casualty of California, Continental Insurance Company of New Jersey, Fidelity and Casualty Company of New York, Glens Falls Insurance Co., National Ben Franklin Insurance Company of Illinois, Seneca Insurance Company, Inc.,

**ORDER**

Docket No: 15-3426 (L)

15-3442 (CON). 15-3505 (CON),
15-3509 (CON), 15-3524 (CON)
15-3542 (CON), 15-3583 (CON)
15-3605 (CON)

All Plaintiffs, Federal Insurance Company et al.,
Plaintiffs, TIG Insurance Company, ACE Global
Markets, Pacific Employers Insurance Company,
Indemnity Insurance Company of North America, Ace
American Insurance Company, AIU Insurance
Company, American Home Assurance Company,
Insurance Company of the State of Pennsylvania,
National Union Fire Insurance Company of Pittsburgh,
Pennsylvania, Granite State Insurance Company,
Commerce and Industry Insurance Company, Illinois
National Insurance Company, Euro Brokers Inc., a
Delaware Corporation, Maxcor Financial Group Inc., a
Delaware Corporation, Maxcor Financial Inc., Maxcor
Financial Asset Management Inc., Tradesoft
Technologies, Inc., a Delaware Corporation, Maxcor
Information Inc., Euro Brokers Ltd., Euro Brokers
Financial Services Limited, Euro Brokers Mexico, S.A.
DE C.V., a corporation organized under the laws of
Mexico, Euro Brokers Switzerland S.A., Euro Brokers
Inc., et al.,, All Plaintiffs, Plaintiffs Executive
Committees, All Plaintiffs, 04-cv-7279, Cantor
Fitzgerald Associates, L.P., Cantor Fitzgerald
Brokerage, L.P., Cantor Fitzgerald Europe, Cantor
Fitzgerald International, Cantor Fitzgerald Partners,
Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P.,
Cantor Index Limited, CO2e.com, LLC, eSpeed
Government Securities, Inc., Espeed, Inc., eSpeed
Securities, Inc., TradeSpark, L.P., WTC Retail LLC,
Port Authority Trans-Hudson Corporation, Port
Authority of New York and New Jersey, Cantor
Fitzgerald & Co., Inc., Kathleen Ashton, as
Administrator of the Estate of Thomas Ashton,
deceased and on behalf of all survivors of Thomas
Ashton, Josephine Alger, as Administrator of the Estate
of Frederick Alger, as Co-Executors of the Estate of
David D. Alger, deceased and on behalf of the survivors
of David D. Alger, Angelica Allen, as Administrator of
the Estate of Eric Allen, deceased and on behalf of all
survivors of Eric Allen, George Andrucki, as
Co-Administrator of the Estate of Jean Andrucki,
deceased and on behalf of all survivors of Jean
Andrucki, Mary Andrucki, as Co-Administrator of the
Estate of Jean Andrucki, deceased and on behalf of all
survivors of Jean Andrucki, Winifred Aranyos, as
Co-Administrator of the Estate of Patrick Michael
Aranyos, deceased and on behalf of all survivors of

Patrick Michael Aranyos, Margaret Arce, as
Administrator of the Estate of David Gregory Arce,
deceased and on behalf of all survivors of David
Gregory Arce, Margit Arias, as Administrator of the
Estate of Adam Peter Arias, deceased and on behalf of
all survivors of Adam Peter Arias, Evelyn Aron, as
Executor of the Estate of Jack Charles Aron, deceased
and on behalf of all survivors of Jack Charles Aron,
Nancy Badagliacca, as Administrator of the Estate of
John J. Badagliacca, deceased and on behalf of all
survivors of John J. Badagliacca, Christina Baksh, as
Administrator of the Estate of Michael S. Baksh,
deceased and on behalf of all survivors of Michale S.
Baksh, Joanne Barbara, as Executor of the Estate of
Gerard Barbara, deceased and on behalf of all survivors
of Gerard Barbara, Daniel F. Barkow, as Administrator
of the Estate of Collen Ann Barkow, deceased and on
behalf of all survivors of Colleen Ann Barkow, Nina
Barnes, as Administrator of the Estate of Durrell
Pearsall, deceased and on behalf of all survivors of
Durrell Pearsall, Jeannine P. Baron, as Administrator of
the Estate of Evan J. Baron, deceased and on behalf of
all survivors of Evan J. Baron, Jane Bartels, as
Administrator of the Estate of Carlton Bartels, deceased
and on behalf of all survivors of Carlton Bartels,
Kimberly Kaipaka Beaven, as Executor of the Estate of
Alan Beaven, deceased and on behalf of all survivors of
Alan Beaven, Michelle Bedigan, as Administrator of
the Estate of Carl Bedigan, deceased and on behalf of
all survivors of Carl Bedigan, Susan Berger, as
Administrator of the Estate of Steven Howard Berger,
deceased and on behalf of all survivors of Steven
Howard Berger, Madeline Bergin, as Administrator of
the Estate of John Bergin, deceased and on behalf of all
survivors of John Bergin, Miriam M. Biegeleisen, as
Administrator of the Estate of Shimmy D. Biegeleisen,
deceased and on behalf of all survivors of Shimmy D.
Biegeleisen, Christine Bini, as Administrator of the
Estate of Carl Bini, deceased and on behalf of all
survivors of Carl Bini, Neil B. Blass, as Administrator
of the Estate of Craig M. Blass, deceased and on behalf
of all survivors of Craig M. Blass, Kris A. Blood, as
Executor of the Estate of Richard M. Bloom, deceased
and on behalf of all survivors of Richard M. Blood,
Dorothy Ann Bogdan, as Administrator of the Estate of
Nicholas Andrew Bogdan, deceased and on behalf of all

survivors of Nicholas Andrew Bogdan, Maria Teresa
Boisseau, as Proposed Personal Representative of the
Estate of Lawrence Boisseau, deceased and on behalf of
all survivors of Lawrence Boisseau, Kathleen Box, as
Administrator of the Estate of Gary R. Box, deceased
and on behalf of all survivors of Gary R. Box, James
Boyle, as Administrator of the Estate of Michael Boyle,
deceased and on behalf of all survivors of Michael
Boyle, David Brace, as Administrator of the Estate of
Sandra Conaty Brace, deceased and on behalf of all
survivors of Sandra Conaty Brace, Curtis Fred Brewer,
as Executor of the Estate of Carol Keyes Demitz,
deceased and on behalf of all survivors of Carol Keyes
Demitz, Hillary A. Briley, as Administrator of the
Estate of Jonathan E. Briley, deceased and on behalf of
all survivors of Jonathan E. Briley, Ursula
Broghammer, as Executor of the Estate of Herman C.
Broghammer, deceased and on behalf of all survivors of
Herman C. Broghammer, JoAnne Bruehert, as
Administrator of the Estate of Richard G. Breuhart,
deceased and on behalf of all survivors of Richard G.
Breuhart, Juan B. Bruno, as Administrator of the Estate
of Rachel Tamares, deceased and on behalf of all
survivors of Rachel Tamares, Susan E. Buhse, as
Administrator of the Estate of Patrick Joseph Buhse,
deceased and on behalf of all survivors of Patrick
Joseph Buhse, Elizabeth R. Burns, as Administrator of
the Estate of Donald J. Burns, deceased and on behalf
of all survivors of Donald J. Burns, James C. Cahill, as
Administrator of the Estate of Scott Walter Cahill,
deceased and on behalf of all survivors of Scott Walter
Cahill, James W. Cahill, as Co-Administrator of the
Estate of Thomas Cahill, deceased and on behalf of all
survivors of Thomas Cahill, Kathleen Cahill, as
Co-Administrator of the Estate of Thomas Cahill,
deceased and on behalf of all survivors of Thomas
Cahill, Deborah Calderon, as Administrator of the
Estate of Edward Calderon, deceased and on behalf of
all survivors of Edward Calderon, Janet Calia, as
Administrator of the Estate of Dominick Enrico Calia,
deceased and on behalf of all survivors of Dominick
Enrico Calia, Jacqueline Cannizzaro, as Administrator
of the Estate of Brian Cannizzaro, deceased and on
behalf of all survivors of Brian Cannizzaro, Cathy A.
Carilli, as Administrator of the Estate of Thomas E.
Sinton, III, deceased and on behalf of all survivors of

Thomas E. Sinton, III, Toni Ann Carroll, as Executor of
the Estate of Peter J. Carroll, deceased and on behalf of
all survivors of Peter J. Carroll, Judith Casoria, as
Administrator of the Estate of Thomas Anthony
Casoria, deceased and on behalf of all survivors of
Thomas Anthony Casoria, Tracy Ann Taback Catalano,
as Executor of the Estate of Hary Taback, deceased and
on behalf of all survivors of Harry Taback, Santa
Catarelli, as Executor of the Estate of Richard G.
Caterelli, deceased and on behalf of all survivors of
Richard G. Caterelli, Gina Cayne, as Administrator of
the Estate of Jason Cayne, deceased and on behalf of all
survivors of Jason Cayne, Suk Tan Chin, Edward P.
Ciafardini, as Administrator of the Estate of
Christopher Ciafardini, deceased and on behalf of all
survivors of Christopher Ciafardini, Lisa DiLallo Clark,
as Administrator of the Estate of Thomas R. Clark,
deceased and on behalf of all survivors of Thomas R.
Clark, Yuko Clark, as Administrator of the Estate of
Gregory A. Clark, deceased and on behalf of all
survivors of Gregory A. Clark, Maryann Colin, as
Administrator of the Estate of Robert Dana Colin,
deceased and on behalf of all survivors of Robert Dana
Colin, Julia Collins, as Administrator of the Estate of
Thomas J. Collins, deceased and on behalf of all
survivors of Thomas J. Collins, Patricia Coppo, Edith
Cruz, as Administrator of the Estate of Angelo Rosario,
deceased and on behalf of all survivors of Angelo
Rosario, Ildefonso A. Cua, as Administrator of the
Estate of Grace Alegre Cua, deceased and on behalf of
all survivors of Grace Alegre Cua, Linda Curia, as
Executor of the Estate of Laurence Curia, deceased and
on behalf of all survivors of Laurence Curia, David
Edward Cushing, as Administrator of the Estate of
Patricia Cushing, deceased and on behalf of all
survivors of Patricia Cushing, Louisa D'Antonio, as
Administrator of the Estate of Mary D'Atonio, deceased
and on behalf of all survivors of Mary D'Atonio, Beril
Sofia DeFeo, as Administrator of the Estate of David
DeFeo, deceased and on behalf of all survivors of
David DeFeo, Vincent J. Della Bella, as Administrator
of the Estate of Andrea Della Bella, deceased and on
behalf of all survivors of Andrea Della Bella, Todd
Devito, as Administrator of the Estate of Jerry DeVito,
deceased and on behalf of all survivors of Jerry DeVito,
Milagros Diaz, as Administrator of the Estate of

Lourdes Janet Galletti, deceased and on behalf of all
survivors of Lourdes Janet Galletti, Andy Dinnoo, as
co-Administrator of the Estate of Rena Sam-Dinnoo,
deceased and on behalf of all survivors of Rena
Sam-Dinnoo, Dhanmatee Sam, as co-Administrator of
the Estate of Rena Sam-Dinnoo, deceased and on behalf
of all survivors of Rena Sam-Dinnoo, Maria DiPilato,
as Administrator of the Estate of Joseph DiPilato,
deceased and on behalf of all survivors of Joseph
DiPilato, Stacey Fran Dolan, as Executor of the Estate
of Brendan Dolan, deceased and on behalf of all
survivors of Brendan Dolan, Rosalie Downey, as
Administrator of the Estate of Raymond M. Downey,
deceased and on behalf of all survivors of Raymond M.
Downey, Jay Charles Dunne, as Personal
Representative of the Estate of Christopher Joseph
Dunne, deceased and on behalf of all survivors of
Christopher Joseph Dunne, Stanley Eckna, as Personal
Representative of the Estate of Robert Eckna, deceased
and on behalf of all survivors of Robert Eckna, Denise
Esposito, as Administrator of the Estate of Michael
Esposito, deceased and on behalf of all survivors of
Michael Esposito, Dennis Euleau, as (ad
prosequendeum) of the Estate of Michael Coyle Eulau,
deceased and on behalf of all survivors of Michele
Coyle Eulau, Maryanne Farrell, as Administrator of the
Estate of John Farrell, deceased and on behalf of all
survivors John Farrell, Melissa Van Ness Fatha, as
Administrator of the Estate of Sayed Abdul Fatha,
deceased and on behalf of all survivors of Sayed Abdul
Fatha, Steven Feidelberg, as Administrator of the Estate
of Peter Adam Deidelberg, deceased and on behalf of
all survivors of Peter Adam Deidelberg, Wendy
Feinberg, as Executor of the Estate of Alan Feinberg,
deceased and on behalf of all survivors of Alan
Feinberg, Charlene Fiore, as Administrator of the Estate
of Michael Fiore, deceased and on behalf of all
survivors of Michal Fiore, Brian Flannery, as Personal
Representative of the Estate of Christina Donovan
Flannery, deceased and on behalf of all survivors of
Christina Donovan Flannery, Robert T. Folger, as
Administrator of the Estate of Jane Claire Folger,
deceased and on behalf of all survivors of Jean Claire
Folger, Kurt Foster, as Executor of the Estate of
Claudia Foster, deceased and on behalf of all survivors
of Claudia Foster, Claudia Flyzik, as Co-Administrator

of the Estate of Carol Flyzik, deceased and on behalf of
all survivors of Carol Flyzik, Nancy Walsh, as
Co-Administrator of the Estate of Carol Flyzik,
deceased and on behalf of all survivors of Carol Flyzik,
Carol Francolini, as Personal Representative of the
Estate of Arthur Joseph Jones, III, deceased and on
behalf of all survivors of Arthur Joseph Jones, III,
Helen Friedlander, as Executor of the Estate of Alan W.
Friedlander, deceased and on behalf of all survivors of
Alan W. Friedlander, Lisa Friedman, as Administrator
of the Estate of Andrew Friedman, deceased and on
behalf of all survivors of Andrew Friedman, Anne
Gabriel, as Executor of the Estate of Richard Gabriel,
deceased and on behalf of all survivors of Richard
Gabriel, Kathleen Ganci, as Executor of the Estate of
Andrew Garcia, deceased and on behalf of all survivors
of Andrew Garcia, Hector Garcia, as Co-Administrator
of the Estate of Marlyn C. Garcia, deceased and on
behalf of all survivors of Marlyn C. Garcia, Carmen
Garcia, as Co-Administrator of the Estate of Marlyn C.
Garcia, deceased and on behalf of all survivors of
Marlyn C. Garcia, Elizabeth Gardner, as Administrator
of the Estate of Thomas Gardner, deceased and on
behalf of all survivors of Thomas Gardner, Diane
Genco, as Administrator of the Estate of Peter Genco,
deceased and on behalf of all survivors of Peter Genco,
Philip Germain, as Proposed Administrator of the
Estate of Denis Germain, deceased and on behalf of all
survivors of Denis Germain, Carol Gies, as
Administrator of the Estate of Ronnie Gies, deceased
and on behalf of all survivors of Ronnie Gies, John J.
Gill, as Administrator of the Estate of Paul John Gill,
deceased and on behalf of all survivors of Paul John
Gill, Serina Gillis, as Prospective Administrator of the
Estate of Rodney Gillis, deceased and on behalf of all
survivors of Rodney Gillis, Angela Gitto, as
Administrator of the Estate of Salvatore Gitto, deceased
and on behalf of all survivors of Salvatore Gitto, Meg
Bloom Glasser, as Executor of the Estate of Thomas
Glasser, deceased and on behalf of all survivors of
Thomas Glasser, Sharon Cobb-Glenn, as Administrator
of the Estate of Harry Glenn, deceased and on behalf of
all survivors of Harry Glenn, Helene Parisi-Gnazzo, as
Administrator of the Estate of John T. Gnazzo,
deceased and on behalf of all survivors of John T.
Gnazzo, Jodie Goldberg, as Administrator of the Estate

of Brian Goldberg, deceased and on behalf of all survivors of Brian Goldberg, Mia Gonzalez, as Personal Representative of the Estate of Lydia Bravo, deceased and on behalf of all survivors of Lydia Bravo, Deborah Grazioso, as Executor of the Estate of Timothy Grazioso, deceased and on behalf of all survivors of Timothy Grazioso, Claudette Greene, as Executor of the Estate of Donald F. Greene, deceased and on behalf of all survivors of Donald F. Greene, Peter Greenleaf, as Administrator of the Estate of James Arthur Greenleaf, deceased and on behalf of all survivors of James Arthur Greenleaf, Joanne Gross, as Administrator of the Estate of Thomas Foley, deceased and on behalf of all survivors of Thomas Foley, Gordon G. Haberman, as Co-Administrator of the Estate of Andrea Haberman, deceased and on behalf of all survivors of Andrea Haberman, Patricia Han, as Administrator of the Estate of Frederick K. Han, deceased and on behalf of all survivors of Frederic K. Han, Renne Bacotti Hannafin, as Administrator of the Estate of Thomas Hannafin, deceased and on behalf of all survivors of Thomas Hannafin, Rachel R. Harrell, as Administrator of the Estate of Harvey Harrell, deceased and on behalf of all survivors of Harvey Harrell, Sheila Gail Harris, as Administrator of the Estate of Stewart Dennis Harris, deceased and on behalf of all survivors of Stewart Dennis Harris, Jennifer L. Harvey, as Administrator of the Estate of Emeric Harvey, deceased and on behalf of all survivors of Emeric Harvey, Kelly Hayes, as Executor of the Estate of Scott J. O'Brien, deceased and on behalf of all survivors of Scott J. O'Brien, Virginia Hayes, as Executor of the Estate of Philip Thomas Hayes, deceased and on behalf of all survivors of Philip Thomas Hayes, Theresa Healey, as Administrator of the Estate of Michael Healey, deceased and on behalf of all survivors of Michael Healey, Shirley Henderson, as co-Administrator of the Estate of Ronnie Lee Henderson, deceased and on behalf of all survivors of Ronnie Lee Henderson, Hashim A. Henderson, as co-Administrator of the Estate of Ronnie Lee Henderson, deceased and on behalf of all survivors of Ronnie Lee Henderson, Karen Hinds, as Administrator of the Estate of Neil Hinds, deceased and on behalf of all survivors of Neil Hinds, Dennis L. Hobbs, as Co-Administrator of the Estate of Tara Yvette Hobbs, deceased and on behalf of all survivors of Tara Yvette

Hobbs, Dixie M. Hobbs, as Co-Administrator of the
Estate of Tara Yvette Hobbs, deceased and on behalf of
all survivors of Tara Yvette Hobbs, Pamela Hohlweck,
as Administrator of the Estate of Thomas W. Hohlweck,
Jr., deceased and on behalf of all survivors of Thomas
W. Hohlweck, Jr., Kathleen Holland, as Administrator
of the Estate of Joseph F. Holland III, deceased and on
behalf of all survivors of Joseph F. Holland, III, Rubina
Cox-Holloway, as Administrator of the Estate of Daryl
Leron Mckinney, deceased and on behalf of all
survivors of Daryl Leron Mckinney, Joann T. Howard,
as Administrator of the Estate of Joseph Howard,
deceased and on behalf of all survivors of Joseph
Howard, Bridget Hunter, as Administrator of the Estate
of Joseph Hunter, deceased and on behalf of all
survivors of Joseph Hunter, Kathryn J. Hussa, as
Executor of the Estate of Robert R. Hussa, deceased
and on behalf of all survivors of Robert R. Hussa,
Yesenia Ielpi, as Administrator of the Estate of
Jonathan Ielpi, deceased and on behalf of all survivors
of Jonathan Ielpi, Frederick Irby, as Administrator of
the Estate of Stephanie Irby, deceased and on behalf of
all survivors of Stephanie Irby, Margaret P. Iskyan,
Jennifer Ruth Jacobs, as Administrator of the Estate of
Ariel Louis Jacobs, deceased and on behalf of all
survivors of Ariel Louis Jacobs, Kazmierz Jakubiak,
Personal Representative of the Estate of Maria
Jakubiak, deceased and on behalf of all survivors of
Maria Jakubiak, Aline Jenkins, as Personal
Representative of the Estate of Joseph Jenkins,
deceased and on behalf of all survivors of Joseph
Jenkins, Leila M. Joseph, as co- Administrators of the
Estate of Karl Joseph, deceased and on behalf of all
survivors of Karl Joseph, Woodly Joseph, as co-
Administrators of the Estate of Karl Joseph, deceased
and on behalf of all survivors of Karl Joseph, Paul
Kaufman, as Executor of the Estate of Scott Martin
McGovern, deceased and on behalf of all survivors of
Scott Martin McGovern, Elizabeth H. Keller, as
Administrator of the Estate of Chandler Raymond
Keller, deceased and on behalf of all survivors of
Chandler Raymond Keller, Patricia Kellett, as
Administrator of the Estate of Joseph P. Kellett,
deceased and on behalf of all survivors of Joseph P.
Kellett, Emmet P. Kelly, as Administrator of the Estate
of Thomas Richard Kelly, deceased and on behalf of all

survivors of Thomas Richard Kelly, Rosemary
Kempton, as Administrator of the Estate of Rosemary
A. Smith, deceased and on behalf of all survivors of
Rosemary A. Smith, Donald Francis Kennedy, as
Executor of the Estate of Yvonne Estelle Kennedy,
deceased and on behalf of all survivors of Yvonne
Estelle Kennedy, Theresa King, as Administrator of the
Estate of Robert King, Jr., deceased and on behalf of all
survivors of Robert King, Jr, Richard I. Klein, as
Executor of the Estate of Julie Lynne Zipper, deceased
and on behalf of all survivors of Julie Lynne Zipper,
Grace Kneski, as Administrator of the Estate of Steven
Cafiero, Jr., deceased and on behalf of all survivors of
Steven Cafiero, Jr, Fran LaForte, as Executor of the
Estate of Michael P. LaForte, deceased and on behalf of
all survivors of Michael P. LaForte, Edlene C.
LaFrance, as Administrator of the Estate of Alan
Charles LaFrance, deceased and on behalf of all
survivors of Alan Charles LaFrance, Collette M.
LaFuente, as Administrator of the Estate of Alan
Charles LaFrance, deceased and on behalf of all
survivors of Alan Charles LaFrance, Morris D.
Lamonsoff, as Administrator of the Estate of Amy Hope
Lamonsoff, deceased and on behalf of all survivors of
Amy Hope Lamonsoff, Andrea N. LeBlanc, as
Administrator of the Estate of Robert G. LeBlanc,
deceased and on behalf of all survivors of Robert G.
LeBlanc, Donald Leistman, as Executor of the Estate of
David R. Leistman, deceased and on behalf of all
survivors of David R. Leistman, Elaine Leinung, as
Administrator of the Estate of Paul Battaglia, deceased
and on behalf of all survivors of Paul Battaglia, Roberta
J. Levine, as Administrator of the Estate of Robert
Levine, deceased and on behalf of all survivors of
Robert Levine, Jeffrey Lovett, as Executor of the Estate
of Jacqueline Norton, deceased and on behalf of all
survivors of Jacqueline Norton, Kathleen Keeler Lozier,
as Executor of the Estate of Garry W. Lozier, deceased
and on behalf of all survivors of Garry W. Lozier, Anne
MacFarlane, as Administrator of the Estate of Marianne
MacFarlane, deceased and on behalf of all survivors of
Marianne MacFarlane, Lisanne MacKenzie, as Personal
Representative of the Estate of James P. O'Brien,
deceased and on behalf of all survivors of James P.
O'Brien, Andrea Maffeo, as Administrator of the Estate
of Jennieann Maffeo, deceased and on behalf of all

survivors of Jennieann Maffeo, Pamela Ann Maggitti,
as Administrator for the Estate of Joseph Vincent
Maggitti, deceased and on behalf of all survivors of
Joseph Vincent Maggitti, Natalie Makshanov, as
Administrator of the Estate of Jason M. Sekzer,
deceased and on behalf of all survivors of Jason M.
Sekzer, Rebecca L. Marchand, as Personal
Representative of the Estate of Alfred G. Marchand,
deceased and on behalf of all survivors of Alfred G.
Marchand, Raul Manuel Chavez Martinez, as
Administrator of the Estate of Gregorio Manuel Chavez
Tavera, deceased and on behalf of all survivors of
Gregorio Manuel Chavez Tavera, Lori Mascali, as
Administrator of the Estate of Joseph Mascali, deceased
and on behalf of all survivors of Joseph Mascali,
Dorothy Mauro, as Administrator of the Estate of
Charles A. Mauro, deceased and on behalf of all
survivors of Charles A. Mauro, Meryl Mayo, as
Administrator of the Estate of Robert Mayo, deceased
and on behalf of all survivors of Robert Mayo, Margaret
Donoghue McGinley, as Executor of the Estate of
Daniel Francis McGinley, deceased and on behalf of all
survivors of Daniel Francis McGinley, Iliana McGinnis,
as Administrator of the Estate of Thomas Henry
McGinnis, deceased and on behalf of all survivors of
Thomas Henry McGinnis, Cynthia F. McGinty, as
Administrator of the Estate of Michael Gregory
McGinty, deceased and on behalf of all survivors of
Michael Gregory McGinty, Theresa McGovern, as
Executor of the Estate of Ann McGovern, deceased and
on behalf of all survivors of Ann McGovern, Patricia H.
McDowell, as Administrator of the Estate of John F.
McDowell, deceased and on behalf of all survivors of
John F. McDowell, Joann Meehan, as Administrator of
the Estate of Damian Meehan, deceased and on behalf
of all survivors of Damian Meehan, Anna Milewski, as
co- Administrators of the Estate of Lukasz Milewski,
deceased and on behalf of all survivors of Lukasz
Milewski, Fryderyk Milewski, as co- Administrators of
the Estate of Lukasz Milewski, deceased and on behalf
of all survivors of Lukasz Milewski, Amber Miller, as
co-Administrators of the Estate of Karen Juday,
deceased and on behalf of all survivors of Karen Juday,
Jamie Miller, as co-Administrators of the Estate of
Karen Juday, deceased and on behalf of all survivors of
Karen Juday, Diane Miller, as Administrator of the

Estate of Henry Miller, deceased and on behalf of all
survivors of Henry Miller, Faith Miller, as Executor of
the Estate of Robert Alan Miller, deceased and on
behalf of all survivors of Robert Alan Miller, Barbara
Minervino, as Executor of the Estate of Louis J.
Minervino, deceased and on behalf of all survivors of
Louis J. Minervino, Joanne Modafferi, as Administrator
of the Estate of Louis Modafferi, deceased and on
behalf of all survivors of Louis Modafferi, Anna
Mojica, as Administrator of the Estate of Manuel
Mojica, deceased and on behalf of all survivors of
Manuel Mojica, Saradha Moorthy, as Administrator
of the Estate of Krishna Moorthy, deceased and on behalf
of all survivors of Krishna Moorthy, Elizabeth Ann
Moss, Personal Representative of the Estate of Linda
Oliva, deceased and on behalf of all survivors of Linda
Oliva, Emily Motroni, as Administrator of the Estate of
Marco Motroni, deceased and on behalf of all survivors
of Marco Motroni, Lauren Murphy, as Administrator of
the Estate of Matthew T. O'Mahony, deceased and on
behalf of all survivors of Matthew T. O'Mahony, Elvira
P. Murphy, as Administrator of the Estate of Patrick
Sean Murphy, deceased and on behalf of all survivors
of Patrick Sean Murphy, Richard B. Naiman, as
Administrator of the Estate of Mildred R. Naiman,
deceased and on behalf of all survivors of Mildred R.
Naiman, Edward Navarro, as Proposed Administrator of
the Estate of Karen Susan Navarro, deceased and on
behalf of all survivors of Karen Susan Navarro, William
Nelson, as Administrator of the Estate of Theresa
Risco, deceased and on behalf of all survivors of
Theresa Risco, Dana Noonan, as Administrator of the
Estate of Robert Walter Noonan, deceased and on
behalf of all survivors of Robert Walter Noonan,
William B. Novotny, as Personal Representative of the
Estate of Brian C. Novotny, deceased and on behalf of
all survivors of Brian C. Novotny, William O'Connor,
as Executor of the Estate of Diana O'Connor, deceased
and on behalf of all survivors of Diana O'Connor,
James Wallace O'Grady, as Executor under the Last
Will and Testament of James Andrew O'Grady,
deceased and on behalf of all survivors of James
Andrew O'Grady, Sheryl J. Oliver, as Administrator of
the Estate of Edward Kraft Oliver, deceased and on
behalf of all survivors of Edward Kraft Oliver, Lisa
Palazzo, as Administrator of the Estate of Jeffrey

Palazzo, deceased and on behalf of all survivors of
Jeffrey Palazzo, Donna Paolillo, as Administrator of the
Estate of John Paolillo, deceased and on behalf of all
survivors of John Paolillo, Helene S. Passaro, as
Administrator of the Estate of Suzanne H. Passaro,
deceased and on behalf of all survivors of Suzanne H.
Passaro, Ching-Ping Peng, as co- Administrator of the
Estate of John Schwartz, deceased and on behalf of all
survivors of John Schwartz, Marvin Schwartz, as co-
Administrator of the Estate of John Schwartz, deceased
and on behalf of all survivors of John Schwartz, Mary
Gola Perez, as Executor of the Estate of Anthony Perez,
deceased and on behalf of all survivors of Anthony
Perez, Linda Pickford, as Administrator of the Estate of
Christopher Pickford, deceased and on behalf of all
survivors of Christopher Pickford, Nancy Picone, as
Administrator of the Estate of Arturo Sereno, deceased
and on behalf of all survivors of Arturo Sereno, Jean
Oslyn Powell, as Administrator of the Estate of Shawn
E. Powell, deceased and on behalf of all survivors of
Shawn E. Powell, Karen Princiotta, as Legal
Representative of the Estate of Vincent Princiotta,
deceased and on behalf of all survivors of Vincent
Princiotta, Dominic J. Puopolo, Sr., as Administrator of
the Estate of Sonia Mercedes Morales Puopolo,
deceased and on behalf of all survivors of Sonia
Mercedes Morales Puopolo, Patricia Quigley, as
Executor of the Estate of Patrick Quigley, deceased and
on behalf of all survivors of Patrick Quigley, Francine
Raggio, as Administrator of the Estate of Eugene
Raggio, deceased and on behalf of all survivors of
Eugene Raggio, Deborah Francke, as Proposed Personal
Representative of the Estate of Alfred Todd Rancke,
deceased and on behalf of all survivors of Alfred Todd
Rancke, Maryann Rand, as Administrator of the Estate
of Adam David Rand, deceased and on behalf of all
survivors of Adam David Rand, Sadiq Rasool, as
Administrator of the Estate of Amenia Rasool, deceased
and on behalf of all survivors of Amenia Rasool, Susan
Rasweiler, as Administrator of the Estate of Roger
Rasweiler, deceased and on behalf of all survivors of
Roger Rasweiler, Catherine T. Regenhard, as
co-Administrator of the Estate of Christian Michael
Regenhard, deceased and on behalf of all survivors of
Christian Michael Regenhard, Albert T. Regenhard, as
co-Administrator of the Estate of Christian Michael

Regenhard, deceased and on behalf of all survivors of
Christian Michael Regenhard, Elizabeth Rego, as
co-Administrator of the Estate of Christian Michael
Regenhard, deceased and on behalf of all survivors of
Christian Michael Regenhard, William D. Robbins, as
Executor of the Estate of Clarin Schwartz, deceased and
on behalf of all survivors of Clarin Schwartz, Evelyn
Rodriguez, Administrator of the Estate of Anthony
Rodriguez, deceased and on behalf of all survivors of
Anthony Rodriguez, Martin Rosenbaum, as
Administrator of the Estate of Brooke David
Rosenbaum, deceased and on behalf of all survivors of
Brooke David Rosenbaum, Glenna M. Rosenburg, as
Administrator of the Estate of Lloyd Daniel Rosenberg,
deceased and on behalf of all survivors of Lloyd Daniel
Rosenberg, Jill Rosenblum, as Executor of the Estate of
Andrew I. Rosenblum, deceased and on behalf of all
survivors of Andrew I. Rosenblum, Judi A. Ross, as
Executor of the Estate of Richard Ross, deceased and
on behalf of all survivors of Richard Ross, Lauren
Rosenzweig, Administrator of the Estate of Philip M.
Rosenzweig, deceased and on behalf of all survivors of
Philip M. Rosenzweig, Claudia Ruggiere, as
Administrator of the Estate of Bart Joseph Ruggiere,
deceased and on behalf of all survivors of Bart Joseph
Ruggiere, Gilbert Ruiz, Jr., as Administrator of the
Estate of Gilbert Ruiz, deceased and on behalf of all
survivors of Gilbert Ruiz, Andrea Russin, as
Administrator of the Estate of Steven Russin, deceased
and on behalf of all survivors of Steven Russin, Diane
Ryan, Administrator of the Estate of Edward Ryan,
deceased and on behalf of all survivors of Edward
Ryan, Delphine Saada, Administrator of the Estate of
Thierry Saada, deceased and on behalf of all survivors
of Thierry Saada, Pedro Saleme, as administrator, of the
Estate of Carmen Milly Rodriguez, deceased and on
behalf of all survivors of Carmen Milly Rodriguez,
Barbara Scaramuzzino, as Administrator of the Estate
of Nicholas Rossomando, deceased and on behalf of all
survivors of Nicholas Rossomando, Phyllis Schreier, as
Administrator of the Estate of Jeffrey H. Schreier,
deceased and on behalf of all survivors of Jeffrey H.
Schreier, Maureen Sherry, as Administrator of the
Estate of John Anthony Sherry, deceased and on behalf
of all survivors of John Anthony Sherry, Lori Shulman,
as Executor of the Estate of Mark Shulman, deceased

and on behalf of all survivors of Mark Shulman, Eileen
Simon, as Executor of the Estate of Michael J. Simon,
deceased and on behalf of all survivors of Michael J.
Simon, Dhanraj Singh, as Administrator of the Estate of
Khamladai K. Singh, deceased and on behalf of all
survivors of Khamladai K. Singh, Mark J. Siskopoulos,
as Administrator of the Estate of Muriel F. Siskopoulos,
deceased and on behalf of all survivors of Muriel F.
Siskopoulos, Donna Smith, as Executor of the Estate of
James Gregory Smith, deceased and on behalf of all
survivors of James Gregory Smith, Barbara Sohan,
Administrator of the Estate of Astrid Elizabeth Sohan,
deceased and on behalf of all survivors of Astrid
Elizabeth Sohan, Robert Spadafora, as Executor of the
Estates of Mary B. Trentini and James A. Trentini,
deceased and on behalf of all survivors of Mary
B.Trentini and James A. Trentini, Laurie Spampinato,
as Administrator of the Estate of Donald Spampinato,
deceased and on behalf of all survivors of Donald
Spampinato, Theresa A. Stack, as (ad prosequendum)
of the Estate of Lawrence T. Stack, deceased and on
behalf of all survivors of Lawrence T. Stack, Gregory
Stevens, as Administrator of the Estate of Lisa Terry,
deceased and on behalf of all survivors of Lisa Terry,
Edward J. Sweeney, Administrator of the Estate of
Brian E. Sweeney, deceased and on behalf of all
survivors of Brian E. Sweeney, Eileen Tallon, as
Fiduciary of the Estate of Sean Patrick Tallon, deceased
and on behalf of all survivors of Sean Patrick Tallon,
Patricia Tarasiewicz, as Administrator of the Estate of
Allan Tarasiewicz, deceased and on behalf of all
survivors of Allan Tarasiewicz, Evelyn Tepedino, as
Administrator of the Estate of Jody Nichilo, deceased
and on behalf of all survivors of Jody Nichilo, Raj
Thackurdeen, as co- Administrator of the Estate of
Goumatie Thackurdeen, deceased and on behalf of all
survivors of Goumatie Thackurdeen, Sat Thackurdeen,
as co- Administrator of the Estate of Goumatie
Thackurdeen, deceased and on behalf of all survivors of
Goumatie Thackurdeen, Rosanna Thompson, as
Administrator of the Estate of Nigel Bruce Thompson,
deceased and on behalf of all survivors of Nigel Bruce
Thompson, Andrija Tomasevic, as Co-Administrator of
the Estate of Vladimir Tomasevic, deceased and on
behalf of all survivors of Vladimir Tomasevic, Radmila
Tomasevic, as Co-Administrator of the Estate of

Vladimir Tomasevic, deceased and on behalf of all
survivors of Vladimir Tomasevic, Kimberly
Trimingham-Aiken, as Administrator of the Estate of
Terrance Aiken, deceased and on behalf of all survivors
of Terrance Aiken, Marie Twomey, as Administrator of
the Estate of Robert T. Twomey, deceased and on
behalf of all survivors of Robert T. Twomey, Victor
Ugolyn, as Administrator of the Estate of Tyler V.
Ugolyn, deceased and on behalf of all survivors of
Tyler V. Ugolyn, Feliciana Umanzor, as Administrator
of the Estate of Elsy C. Osoria, deceased and on behalf
of all survivors of Elsy C. Osoria, Virginia Lorene
Rossiter Valvo, as Administrator of the Estate of
Carlton F. Valvo, II, deceased and on behalf of all
survivors of Carlton F. Valvo, II, Jasmine Victoria, as
co- Administrator of the Estate of Celeste Torres
Victoria, deceased and on behalf of all survivors of
Celeste Torres Victoria, Dawn Brown, as co-
Administrator of the Estate of Celeste Torres Victoria,
deceased and on behalf of all survivors of Celeste
Torres Victoria, Richard Villa, as Administrator of the
Estate of Sharon Christina Milan, deceased and on
behalf of all survivors of Sharon Christina Milan, Lucy
Virgilio, as Administrator of the Estate of Lawrence J.
Virgilio, deceased and on behalf of all survivors of
Lawrence J. Virgilio, Diane Wall, as Executor of the
Estate of Glen J. Wall, deceased and on behalf of all
survivors of Glen J. Wall, Diane M. Walsh, as
Administrator of the Estate of Christine Barbutto,
deceased and on behalf of all survivors of Christine
Barbutto, Amy Weaver, as Administrator of the Estate
of Todd Christopher Weaver, deceased and on behalf of
all survivors of Todd Christopher Weaver, Delia Welty,
as Administrator of the Estate of Timothy Matthew
Welty, deceased and on behalf of all survivors of
Timothy Matthew Welty, Kristin Galusha-Wild, as
Executor of the Estate of Michael Stewart, deceased
and on behalf of all survivors of Michael Stewart,
Patricia Wiswall, as Executor of the Estate of David
Wiswall, deceased and on behalf of all survivors of
David Wiswall, Anne M. Wodensheck, as
Administrator of the Estate of Christopher W.
Wodenshek, deceased and on behalf of all survivors of
Christopher W. Wodenshek, Cella Woo-Yeun, as
Administrator of the Estate of Elkin Yuen, deceased
and on behalf of all survivors of Elkin Yuen, Siew-Som

Yeow, as Administrator of the Estate of Michael Waye,
deceased and on behalf of all survivors of Michael
Waye, Erica Zucker, as Executor of the Estate of
Andrew Zucker, deceased and on behalf of all survivors
of Andrew Zucker, Nancy Lynn Zuckerman, as
Administrator of the Estate of Alan Jay Lederman,
deceased and on behalf of all survivors of Alan Jay
Lederman, Aldo Addissi, Edward Arancio, Kathleen M.
Arancio, Leonard Ardizzone, Thomas Baez, Joseph
Beltrani, Andrew Braun, James Cizikie, Thomas
Conroy, Jr., Gibson A. Craig, Bradley Daly, Robert
D'Elia, Thomas Donnelly, Charles Downey, Joseph R.
Downey, Timothy L. Frolich, Irene Frolich, Steven M.
Gillespie, Joseph Hands, John Hassett, James D.
Hodges, Netta Issacof, John F. Jermyn, Arnold
Lederman, Phyllis Lederman, Michael J. Lindy, Sandy
Amrita Mahabir, William Martin, Kevin McArdle,
James McGetrick, Owen McGovern, Kevin Murphy,
Janice O'Dell, Timothy Parker, Howard Rice, Louis
Schaefer, Scott Schrimpe, Scott Ting, George Luis
Torres, Robert V. Trivingo, Russell Vomero, Edward
Walsh, Philip J. Zeiss, Anne MacFarlane, as
Administrator of the Estate of Marianne MacFarlane,
deceased and on behalf of all survivors of Marianne
MacFarlane, Jo Ann Meehan, Christy Ferer, as Personal
Representative of the Estate of Neil Levin, deceased
and on behalf of all survivors of Neil Levin, Julio Cesar
Fernandez, as Personal Representative of the Estate of
Julio Fernandez, deceased and on behalf of all survivors
of Julio Fernandez, Carol Laieta, as Administrator of
the Estate of Vincent A. Laieta, deceased and on behalf
of all survivors of Vincent A. Laieta, Juan Martinez, as
Personal Representative of the Estate of Waleska
Martinez, deceased and on behalf of all survivors of
Waleska Martinez, Laurie Weinberg, as Administrator
of the Estate of Steven Weinberg, deceased and on
behalf of all survivors of Steven Weinberg, Susan
Wohlforth, as Executor of the Estate of Martin
Wohlforth, deceased and on behalf of all survivors of
Martin Wohlforth, Danny Ray Johnson, Frank Maisano,
Ernesto Barrera, as Personal Representative of the
Estate of Ana Gloria DeBarrera, deceased and on behalf
of all surviviors of Ana Gloria DeBarrera, Sharlene M.
Beckwith, as Co-Administrator of the Estate of Michele
M. Reed, deceased and on behalf of all survivors of
Michele M. Reed, James A. Reed, as Co-Administrator

of the Estate of Michele M. Reed, deceased and on
behalf of all survivors of Michele M. Reed, Benito
Colon, as Administrator of the Estate of Soledi Colon,
deceased and on behalf of all survivors of Soledi Colon,
Rachel W. Goodrich, as Personal Representative of the
Estate of Peter M. Goodrich, deceased and on behalf of
all survivors of Peter M. Goodrich, Victoria Higley, as
Administrator of the Estate of Robert Higley, deceased
and on behalf of all survivors of Robert Higley,
Maureen Kelly, as Administrator of the Estate of Mark
Ludvigsen, deceased and on behalf of all survivors of
Mark Ludvigsen, Marion Knox, as Administrator of the
Estate of Andrew Knox, deceased and on behalf of all
survivors of Andrew Knox, Laura J. Lassman, as
Administrator of the Estate of Nicholas Lassman,
deceased and on behalf of all survivors of Nicholas
Lassman, Philip Lee, as Co-Administrator of the Estate
of Yang Der Lee, deceased and on behalf of all
survivors of Yang Der Lee, Mei Jy Lee, as
Co-Administrator of the Estate of Yang Der Lee,
deceased and on behalf of all survivors of Yang Der
Lee, Melvin C. Lewis, as Co-Personal Administrator of
the Estate of Margaret Lewis, deceased and on behalf of
all survivors of Margaret Lewis, John Lewis, as
Co-Personal Administrator of the Estate of Margaret
Lewis, deceased and on behalf of all survivors of
Margaret Lewis, John A. Martin, as Co-Administrator
of the Estate of Karen Ann Martin, deceased and on
behalf of all survivors of Karen Ann Martin, Paul R.
Martin, as Co-Administrator of the Estate of Karen Ann
Martin, deceased and on behalf of all survivors of
Karen Ann Martin, Joviana Mercado, as Administrator
of the Estate of Steve Mercado, deceased and on behalf
of all survivors of Steve Mercado, Linda Pascuma, as
Personal Representative of the Estate of Michael J.
Pascuma, Jr., deceased and on behalf of all survivors of
Michael J. Pascuma, Jr., Sean Passananti, as Executor
of the Estate of Horace Passananti, deceased and on
behalf of all survivors of Horace Passananti, Helen
Pfeifer, as Personal Representative of the Estate of
Kevin Pfeifer, deceased and on behalf of all survivors
of Kevin Pfeifer, Daniel Polatsch, as Personal
Representative of the Estate of Laurence Polatsch,
deceased and on behalf of all survivors of Laurence
Polatsch, Theresa Regan, as Personal Representative of
the Estate of Donald Regan, deceased and on behalf of

all survivors of Donald Regan, Armand Reo, as
Administrator of the Estate of John A. Reo, deceased
and on behalf of all survivors of John A. Reo, Maureen
Santoro, as Personal Representatives of the Estate of
Christopher Santoro, deceased and on behalf of all
survivors of Christoper Santoro, Narasimha Sattaluri, as
Administrator of the Estate of Deepika Kumar Sattaluri,
deceased and on behalf of all survivors of Deepika
Kumar Sattaluri, Wen Shi, as Personal Representative
of the Estate of Weibin Wang, deceased and on behalf
of all survivors of Weibin Wang, Cynthia Tumulty, as
Administrator of the Estate of Lance Tumulty, deceased
and on behalf of all survivors of Lance Tumulty, Yun
Yu Zheng, as Administrator of the Estate of Kui Fai
Kwok, deceased and on behalf of all survivors of Kui
Fai Kwok, David Ziminski, as Administrator of the
Estate of Ivelin Ziminski, deceased and on behalf of all
survivors of Ivelin Ziminski, Robert Bermingham,
Mark Bernheimer, Donald DiDomenico, Joseph
Donovan, William Ellis, Michael Endrizzi, Thomas
Fletcher, Mark Goldwasser, Ron Harding, Jeremiah
Harney, Peter Ioveno, Jurgiel Kazimierz, Robert Keane,
Raymond Lachhman, George Lantay, Houssain Lazaar,
Joyce Leigh, Vincent LeVien, Jeff Lever, Jerzy Mrozek,
Andrew Quinn, Dennis Quinn, Kevin Rogers, Carmen
Romero, Christine Sakoutis, Kemraj Singh, Gary
Wendell, All Plaintiffs, 02-cv-6977, Vice Rose
Arestegui, as Legal Representative of the Estate of
Barbara Jean Arestegui, deceased and on behalf of all
survivors of Barbara Jean Arestegui, Traci Bosco, as
Administrator of the Estate of Richard Edward Bosco,
deceased and on behalf of all survivors of Richard
Edward Bosco, Jennifer E. Brady, as Administrator of
the Estate of David B. Brady, deceased and on behalf of
all survivors of David B. Brady, Patricia Coughlin, as
Personal Representative of the Estate of John Coughlin,
deceased and on behalf of all survivors of John
Coughlin, Michael Deloughery, as Personal
Representative of the Estate of Colleen Ann
Deloughery, deceased and on behalf of all survivors of
Colleen Ann Deloughery, Jeanne M. Evans, as Personal
Representative of the Estate of Robert Evans, deceased
and on behalf of all survivors of Robert Evans, Amy
Farnum, as Personal Representative of the Estate of
Robert Evans, deceased and on behalf of all survivors
of Robert Evans, Lori Fletcher, as Personal

Representative of the Estate of Andre G. Fletcher, deceased and on behalf of all survivors of Andre G. Fletcher, Mathilda Geidel, as Personal Representative of the Estate of Mathilda Geidel, deceased and on behalf of all survivors of Mathilda Geidel, Armine Giorgetti, as Personal Representative of the Estate of Steven A. Giorgetti, deceased and on behalf of all survivors of Steven A. Giorgetti, Regan Grice-Vega, as Personal Representative of the Estate of Peter Vega, deceased and on behalf of all survivors of Peter Vega, Elinore Hartz, as Personal Representative of the Estate of John Clinton Hartz, deceased and on behalf of all survivors of John Clinton Hartz, Colleen Holohan, Proposed Administrator of the Estate of Thomas P. Holohan, deceased and on behalf of all survivors of Thomas P. Holohan, Roberta Kellerman, as Personal Representative of the Estate of Peter Kellerman, deceased and on behalf of all survivors of Peter Kellerman, Veronica Klares, as Executor of the Estate of Richard J. Klares, deceased and on behalf of all survivors of Richard J. Klares, Ingrid M. Lenihan, as Executor of the Estate of Joseph Anthony Lenihan, deceased and on behalf of all survivors of Joseph Anthony Lenihan, Jerline Lewis, as Personal Representative of the Estate of Sherry Ann Bordeaux, deceased and on behalf of all survivors of Sherry Ann Bordeaux, Jeffrey Lovit, as Executor of the Estate of Robert G. Norton, deceased and on behalf of all survivors of Robert G. Norton, Virginia McKeon, as Personal Representative of the Estate of Barry J. McKeon, deceased and on behalf of all survivors of Barry J. McKeon, Olga Merino, as Personal Representative of the Estate of George C. Merino, deceased and on behalf of all survivors of George C. Merino, Merrilly E. Noeth, as Administrator of the Estate of Michael Allen Noeth, deceased and on behalf of all survivors of Michael Allen Noeth, Harry Ong, Jr., as Legal Representative of the Estate of Betty Ann Ong, deceased, and on behalf of all survivors of Betty Ann Ong, Perry S. Oretzky, as Personal Representative of the Estate of Lynn E. Angell, deceased and on behalf of all survivors of Lynn E. Angell, Michael Puckett, as Administrator of the Estate of John F. Puckett, deceased and on behalf of all survivors of John F. Puckett, Janlyn Scauso, as Administrator of the Estate of Dennis P. Scauso, deceased and on behalf of all survivors of

Dennis P. Scauso, Nancy Shea, as Personal
Representative of the Estate of Joseph P. Shea,
deceased and on behalf of all survivors of Joseph P.
Shea, Holli Silver, as Personal Representative of the
Estate of David Scott Silver, deceased and on behalf of
all survivors of David Scott Silver, Robin Theurkauf,
Personal Representative of the Estate of Thomas F.
Theurkauf, Jr., deceased and on behalf of all survivors
of Thomas F. Theurkauf, Jr., Joseph A. Tiesi, as
Personal Representative of the Estate of Mary Ellen
Tiesi, deceased and on behalf of all survivors of Mary
Ellen Tiesi, Anthony Vincelli, as Administrator of the
Estate of Chantal Vincelli, deceased and on behalf of all
survivors of Chantal Vincelli, Benhardt R. Wainio, as
Personal Representative of the Estate of Honor
Elizabeth Wainio, deceased and on behalf of all
survivors of Honor Elizabeth Wainio, Lena Whittaker,
as Administrative of the Estate of Karen E. Haggerty,
deceased and on behalf of all survivors of Karen E.
Haggerty, Madeleine A. Zuccala, as Personal
Representative of the Estate of Joseph J. Zuccala,
deceased and on behalf of all survivors of Joseph J.
Zuccala, Andrezej Cieslik, Domenick Damiano, Warren
Hayes, Warren Monroe, Kevin Mount, Kevin Quinn,
Charles Schmidt, Continental Casualty Company,
Transcontinental Insurance Company, Transportation
Insurance Company, Valley Forge Insurance Company,
National Fire Insurance Company of Hartford,
American Casualty Company of Reading, Pennsylvania,
Thomas Burnett, in his own right as the father of
Thomas E. Burnett, Jr. deceased, Beverly Burnett, in
her own right as the mother of Thomas E. Burnett, Jr.,
deceased, Deena Burnett, in her own right and as
Representative of the Estate of Thomas E. Burnett, Jr.,
deceased, Mary Margaret Jurgens, in her own right as
the sister of Thomas E. Burnett, Jr., deceased, Martha
Burnett O'Brien, in her own right as the sister of
Thomas E. Burnett, Jr., deceased, William Doyle, Sr.,
in his own right as the father of Joseph M. Doyle,
deceased, Camille Doyle, in her own right as the mother
of Joseph M. Doyle, deceased, William Doyle, Jr., in
his own right as the brother of Joseph M. Doyle,
deceased, Doreen Lutter, in her own right as the sister
of Joseph M Doyle, deceased, Stephen Alderman, in his
own right and as Co-Representative of the Estate of
Peter Craig Alderman, deceased, Elizabeth Alderman,

in her own right and as Co-Representative of the Estate
of Peter Craig Alderman, deceased, Jane Alderman, in
her own right as the sister of Peter Craig Alderman,
deceased, Yvonne V. Abdool, in her own right as an
Injured Party, Alfred Acquaviva, in his own right as the
father of Paul Andrew Acquaviva, Josephine
Acquaviva, in her own right as the mother of Paul
Andrew Acquaviva, deceased, Kara Hadfield, in her
own right as the sister of Paul Andrew Acquaviva,
deceased, Jessica Murrow-Adams, in her own right and
as Representative of the Estate of Stephen George
Adams, deceased, Stephen Jezycki, Jr., in his own right
as the father of Margaret Alario, deceased, James
Alario, in his own right and on behalf of the minor
children of Margaret Alario, deceased, Catherine
Jezycki, in her own right as the mother of Margaret
Alario, deceased, Karium Ali, in his own right as an
injured party, Jennifer D'Auria, in her own right and as
Co-Representative of the Estate of Joseph R. Allen,
deceased, Michael J. Allen, in his own right and as
Co-Representative of the Estate of Jospeh R. Allen,
deceased, Jocelyne Ambroise, in her own right as an
injured party, Philipson Azenabor, in his own right as
an injured party, John P. Baeszler, in his own right as
Representative of the Estate of Jane Ellen Baeszler,
deceased, Mary Barbieri, in her own right as an injured
party, Armando Bardales, in his own right as an injured
party, Kevin Barry, in his own right as the son of Diane
Barry, deceased, Gila Barzvi, in her own right and as
Representative of the Estate of Guy Barzvi, deceased,
John Benedetto, on behalf of the minor children of
Denise Lenore Benedetto, deceased, Rina Rabinowitz,
in her own right as the sister of Denise Lenore
Benedetto, deceased, Maria Giordano, in her own right
as the mother of Denise Lenore Benedetto, deceased,
Michael Girdano, in his own right as the brother of
Denise Lenore Benedetto, deceased, Ondina Bennett, in
her own right and as Representative of the Estate of
Bryan Craig Bennett, deceased, Frances Berdan, in her
own right as an injured party, Prakash Bhatt, Miles
Bilcher, in his own right as the father of Brian Bilcher,
deceased, Irene Bilcher, in her own right as the mother
of Brian Bilcher, deceased, Boris Bililovsky, in his own
right and on behalf of the minor child of Yelena
"Helen" Bililovsky, deceased, Emma Tisnovskiy, in her
own right as the mother of Yelena "Helen" Bililovsky,

deceased, Leonid Tisnovskiy, in his own right as the father of Yelena "Helen" Bililocky, deceased, Rostyslav Tisnovskiy, in his own right as the brother of Yelena "Helen" Bililovsky, deceased, Basmattie Bishundat, in her own right and as Co-Representative of the Estate of Kris Romeo Bishundat, deceased, Bhola P. Bishundat, in his own right and as Co-Representative of the Estate of Kris Romeo Bishundat, deceased, Krystyna Boryczewski, in her own right and as Representative of Estate of Martin Boryczewksi, deceased, Michele Boryczewski, in her own right as the sister of Martin Boryczewski, deceased, Michael Boryczewski, in his own right as the father of Martin Boryczewski, deceased, Julia Boryczewski, in her own right as the sister of Martin Boryczewski, deceased, Brian Barry, in his own right as the son of Diane Barry, deceased, Kevin Barry, in his own right as the son of Diane Barry, deceased, Edmund Barry, in his own right as the husband of Diane Barry, deceased, Daryl Joseph Meehan, in his own right as the brother of Colleen Ann Barkow, deceased, Joann Meehan, in her own right as the mother of Colleen Ann Barkow, deceased, Thomas J. Meehan, III, in his own right as the father of Colleen Ann Barkow, deceased, Carol Barbaro, in her own right as the mother of Paul Barbaro, deceased, Nicholas Barbaro, in his own right as the father of Paul Barbaro, deceased, Kim Barbaro, in her own right and as the Representative of the Estate of Paul Barbaro, deceased, Anna M. Granville, in her own right as the sister of Walter Baran, deceased, Benjamin Arroyo, in her own right as an injured party, Cynthia Arnold, in her own right as an injured party, Lorraine Arias Beliveau, in her own right as the sister of Adam Arias, deceased, Lauren Arias Lucchini, Andrew Arias, in his own right as the brother of Adam Arias, Donald Arias, in his own right as the brother of Adam Arias, deceased, Thomas Arias, in his own right as the brother of Adam Arias, deceased, Leonor Alvarez, in her own right as an injured party, Judith M. Aiken, in her own right as the sister of Richard Allen, Lynn Allen, in her own right as sister of Richard Allen, deceased, Luke C. Allen, in his own right as the brother of Richard Allen, Madelyn Allen, in her own right as the mother of Richard Allen, deceased, Richard D. Allen, Michael Jezycki, in his own right as the brother of Margaret Alario, deceased, Jean Adams, in her own right as the mother of Donald

L. Adams, deceased, Maureen Barry, in her own right
as the daughter of Diane Barry, deceased, Suzanne J.
Berger, in her own right, on behalf of the Minor
Children, and as the Representative of the Estate of
James P. Berger, deceased, Robert J. Bernstein, in his
own right and as the Representative of the Estate of
William M. Bernstein, deceased, Murray Bernstein, in
his own right as the father of William M. Bernstein,
deceased, Norma Bernstein, in her own right as the
mother of William M. Bernstein, deceased, David M.
Bernstein, in his own right as the brother of William M.
Bernstein, deceased, Joanne F. Betterly, in her own
right, on behalf of the Minor Children, and as the
Representative of the Estate of Timothy Betterly,
deceased, Lillian Bini, in her own right as the mother of
Carl Bini, deceased, Rosemarie Corvino, in her own
right as the sister of Carl Bini, deceased, John Bonomo,
in his own right and as the Representative of the Estate
of Ynonne Bonomo, deceased, Sonia Bonomo, in her
own right as the mother of Yvonne Bonomo, deceased,
George Bonomo, in his own right as the brother of
Yvonne Bonomo, deceased, Sharon Booker, in her own
right, on behalf of the Minor Children, and as the
Representative of the Estate of Sean Booker, deceased,
Rose Booker, in her own right as the mother of Sean
Booker, deceased, Desiree A. Gerasimovich, in her own
right as the sister of Pamela J. Boyce, deceased, Susan
Brady, as the Representative of the Estate of Gavin
Cushny, deceased, Kathleen M. Buckley, in her own
right as the mother, on behalf of the Minor Children,
and as the Representative of the Estate of Dennis
Buckley, deceased, John C. Buckley, in his own right as
the father of Dennis Buckley, deceased, Jane M.
Smithwick, in her own right as the sister of Dennis
Buckley, deceased, Javier Burgos, in his own right as
an injured party, All Plaintiffs, 04-cv-1922, Chubb
Insurance Company of Canada, Monica M. Gabrielle,
as Executor of the Estate of Richard Gabrielle, deceased
and on behalf of all survivors Richard Gabrielle,
Barbara Ardizzone, Alexander Santoro, as Personal
Representative of the Estate of Christopher Santoro,
deceased and on behalf of all survivors of Christopher Santoro,

Plaintiffs - Appellants,

v.

Kingdom of Saudi Arabia,

        Defendant - Appellee,

Agencies and Instrumentalities of the Kingdom of
Saudi Arabia, Syrian Arab Republic, Agencies and
Instrumentalities of the Syrian Arab Republic, Republic
of Sudan, Agencies and Instrumentalities of the
Republic of the Sudan, Ministry of the Interior,
Ministry of Defense, Security of the Revolution,
Military Intelligence, State Security, Popular Defense
Force, Revolutionary Security Services, John Does,
1-99,

        Defendants.

_____

      Counsel for APPELLANTS has filed a scheduling notification pursuant to the Court's
Local Rule 31.2, setting February 9, 2016 as the brief filing date.

      It is HEREBY ORDERED that Appellant's brief must be filed on or before February 9,
2016.  The appeal is dismissed effective February 9, 2016 if the brief is not filed by that date. A
motion to extend the time to file the brief or to seek other relief will not toll the filing date. See
Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir.
2013).

        For The Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court