# ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP

1801 K STREET, N.W., SUITE 411 L
WASHINGTON, D.C. 20006
PHONE (202) 775-4500
FAX (202) 775-4510
www.robbinsrussell.com

Roy T. Englert, Jr.

(202) 775-4503
renglert@robbinsrussell.com

June 15, 2016

**BY ELECTRONIC FILING**

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
(212) 857-8500

Re: *In re Terrorist Attacks on September 11, 2001*, 15-3426-cv(L); 15-3442-cv(CON); 15-3505-cv(CON); 15-3509-cv(CON); 15-3524-cv(CON); 15-3542-cv(CON); 15-3583-cv(CON); 15-3605-cv(CON)

Brief Of Defendants-Appellees The Kingdom Of Saudi Arabia And The Saudi High Commission For Relief of Bosnia & Herzegovina

Dear Ms. Wolfe:

On June 8, 2016, Defendants-Appellees filed their brief in the above captioned cases. ECF No. 235. At this Court's request, I write to confirm that Defendant-Appellee the Saudi High Commission for Relief of Bosnia & Herzegovina, represented by my law firm, joins that brief in full and does not intend to file a separate brief in this matter. Please let me know if you need anything further.

Respectfully submitted,

*/s/ Roy T. Englert, Jr.*
Roy T. Englert, Jr., Esq.

*Counsel for the Saudi High Commission for Relief of Bosnia & Herzegovina*